IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 07-03030-01-CR-S-RED |
| | ) | |
| Plaintiff, | ) | **COUNTS ONE and THREE**: |
| | ) | 18 U.S.C. § 871(a) |
| v. | ) | NMT 5 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| **CARLTON NORAH,** | ) | NMT 3 Years Supervised Release |
| [DOB: xx-xx-1986], | ) | Class D Felony |
| | ) | |
| Defendant. | ) | **COUNTS TWO and FOUR:** |
| | ) | 18 U.S.C. § 879 |
| | ) | NMT 5 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| | ) | NMT 3 Years Supervised Release |
| | ) | Class D Felony |
| | ) | |
| | ) | $100 Mandatory Special Assessment on |
| | ) | Each Count |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT**:

**COUNT ONE**

On or about March 11, 2007, in Greene County, Missouri, in the Western District of Missouri and elsewhere, the defendant, CARLTON NORAH, knowingly and wilfully, threatened to take the life of, to kidnap, or to inflict bodily harm upon George W. Bush, the President of the United States, in the use of threatening language contained in two letters, one of these letters was written substantially as follows: "I have no remorse for you. Continue on reading. I am planning to kidnap Jeanna and Barbara Bush for a game that is like Hide-n-Seek but a little different. I hide them, you find them. Sounds simple doesn't it? I hope you would participate. If not, they die. You should play along Mr. President here's how the rules of this game go. I hide them, you seek for them, but while you seek for them, I seek for you. If you find

them before I find you, good for you. If I find you before you find them, you die along with them.  There is a ransom here, too. Nothing outrageous just 3.5 million dollars. You have 48 hours prior to my November 07, 2007 release, to contact me. Also you have 72 hours to get the money and wait for further instructions. No dye no bullshit. 20's and 50's only.  I think I'm not being taken serious so, to let you know I mean business, who you love more Mom or Dad? Ole Barbara Bush and Geogre Bush Sr. Or should I go for wifey? You make the chose or I will make it for you," in violation of Title 18, United States Code, Section 871.

## COUNT TWO

On or about March 11, 2007, in Greene County, Missouri, in the Western District of Missouri and elsewhere, the defendant, CARLTON NORAH, knowingly and wilfully, threatened to kill or to kidnap or to inflict bodily harm upon, George H. W. Bush, a former President of the United States, or Laura Bush, Jenna Bush or Barbara Bush, members of the immediate family of George W. Bush, the President of the United States, who are protected by the United States Secret Service, in the use of threatening language contained in two letters, one of these letters was written substantially as follows:  "I have no remorse for you. Continue on reading.  I am planning to kidnap Jeanna and Barbara Bush for a game that is like Hide-n-Seek but a little different. I hide them, you find them. Sounds simple doesn't it? I hope you would participate. If not, they die. You should play along Mr. President here's how the rules of this game go.  I hide them, you seek for them, but while you seek for them, I seek for you. If you find them before I find you, good for you. If I find you before you find them, you die along with them.  There is a ransom here, too. Nothing outrageous just 3.5 million dollars. You have 48 hours prior to my November 07, 2007 release, to contact me. Also you have 72 hours to get the

2

money and wait for further instructions. No dye no bullshit. 20's and 50's only. I think I'm not being taken serious so, to let you know I mean business, who you love more Mom or Dad? Ole Barbara Bush and Geogre Bush Sr. Or should I go for wifey? You make the chose or I will make it for you," in violation of Title 18, United States Code, Section 879.

## COUNT THREE

On or about March 12, 2007, in Greene County, Missouri, in the Western District of Missouri and elsewhere, the defendant, CARLTON NORAH, knowingly and wilfully, threatened to take the life of, to kidnap, or to inflict bodily harm upon George W. Bush, the President of the United States, in the use of threatening language contained in four letters, one of these letters was written substantially as follows: "I'm sitting in my cell, contemplating how I'm going to kill you. Oh don't think you are not going to die by murder because you are, believe me you turd.       Let's reminisce for a minute.  Your the reason I'm in the Feds right

> now, I don't give a damn if you got my letters or not, I'm still
> going to kill you, you crooked ass president.  I get out this year so,
> don't think I won't find you and torture and kill you.  You had
> your chance to change but, you fucked up.  I'm a criminal for life.
> I committed bullshit crimes but since Im in the feds with big boys,
> I will commit big boy crimes. Carreer criminal-thats me.  Back to
> you.  You will die you Fuckin bitch and I will be the one to make it
> happen.  Slice and Chop and shoot you is what I'ma deal.  You
> pissed me off now. Goodbye," in violation of Title 18, United
> States Code, Section 871.

3

## COUNT FOUR

On or about March 21, 2007, in Greene County, Missouri, in the Western District of Missouri and elsewhere, the defendant, CARLTON NORAH, knowingly and wilfully, threatened to kill or to kidnap or to inflict bodily harm upon, Jenna Bush or Barbara Bush, members of the immediate family of George W. Bush, the President of the United States, who are protected by the United States Secret Service, in the use of threatening language, substantially as follows:  Norah stated he would probably kidnap the President's daughters Jenna Bush and Barbara Bush.  He said they were alcoholics, and he could just wait in a bar in Texas and "kill them for the hell of it, snap their necks," in violation of Title 18, United States Code, Section 879.

**A TRUE BILL**

/s/
FOREPERSON OF THE GRAND JURY

 */s/ Michael S. Oliver*
Michael S. Oliver #41832
Assistant United States Attorney


DATED:  April 11, 2007

4